# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| ROBERT BRATTON,<br>individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | No. 2:16-cv-4322-C-NKL<br><br>Judge Nanette Laughrey |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, I caused the Plaintiff Robert Bratton's Designation of Expert Witness to be served by email on the following counsel of record for Defendant The Hershey Company:

   Steven A. Zalesin (admitted *pro hac vice*)
   Michelle W. Cohen (admitted *pro hac vice*)
   Gabriela Bersuder (admitted *pro hac vice*)
   PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 336-2000
   Fax: (212) 336-2222
   sazalesin@pbwt.com
   mcohen@pbwt.com
   gbersuder@pbwt.com

   Sonette T. Magnus, MO # 68606
   LEWIS RICE
   600 Washington Avenue, Suite 2500
   St. Louis, Missouri 63101-1311
   Telephone: (314) 444-7744
   Fax: (314) 612-7744
   smagnus@lewisrice.com

   *Attorneys for Defendant The Hershey Company*

/s/ David Steelman
David Steelman, #27334MO
Stephen F. Gaunt #33183
STEELMAN, GAUNT & HORSEFIELD
901 N. Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

Scott A. Kamber *(pro hac vice)*
KAMBERLAW LLC
142 57th Street, 11th Floor
New York, NY 10019
Telephone: (646) 964-9600
Fax: (212) 202-6364
skamber@kamberlaw.com

Naomi B. Spector *(admitted pro hac vice)*
Christopher D. Moon *(admitted pro hac vice)*
KAMBERLAW LLP
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037
Telephone: (310) 400-1053
Fax: (212) 202-6364
nspector@kamberlaw.com
cmoon@kamberlaw.com

*Attorneys for Plaintiff Robert Bratton*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of October, 2017, a copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Western District of Missouri which sends notice to all counsel of record via email.

/s/ Stephen F. Gaunt
Stephen F. Gaunt

-2-
Case 2:16-cv-04322-NKL   Document 113   Filed 10/27/17   Page 2 of 2